**DISMISS; and Opinion Filed June 7, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00361-CR

## ASHLEY MEGAN CATENA, APPELLANT

## V.

## THE STATE OF TEXAS, APPELLEE

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-82264-2015**

## MEMORANDUM OPINION

Before Justices Francis, Fillmore, and Schenck
Opinion by Justice Fillmore

Appellant has filed a motion to withdraw the appeal. Appellant's counsel has approved the motion.

This Court hereby **GRANTS** the motion to withdraw and **ORDERS** the appeal **DISMISSED** and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47

160361F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

ASHLEY MEGAN CATENA, Appellant

No. 05-16-00361-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 296th Judicial District Court, Collin County, Texas
Trial Court Cause No. 296-82264-2015.
Opinion delivered by Justice Fillmore.
Justices Francis and Schenck participating.

Based on the Court's opinion of this date, we **GRANT** appellant's motion to voluntarily dismiss her appeal and **DISMISS** the appeal.

Judgment entered this 7th day of June, 2016.